UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-33493 |
|---|---|
| DESHAWN L. JEMISON | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995147**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 11/ 3 | WRIGHT PATT CREDIT UNION INC<br>MIDWEST LOAN SERVICES INC<br>BOX 115<br>L ANSE, MI  49946 | 821.52 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/11/2010

Certificate of Service         08-33493

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

DESHAWN L. JEMISON
3013 LAKEVIEW AVENUE
DAYTON, OH 45408

LEE A SLONE
BOX 3340
DAYTON, OH 45401

(3.3)
JON J LIEBERMAN
LERNER SAMPSON ROTHFUSS
BOX 5480
CINCINNATI, OH 45201

(3.1)
WRIGHT PATT CREDIT UNION INC
MIDWEST LOAN SERVICES INC
BOX 115
L ANSE, MI 49946

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    cs